IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05MC-0438-GEB-DAD |
| | ) | |
| Plaintiff, | ) | (CR S 01-279-GEB) |
| | ) | |
| v. | ) | |
| | ) | ORDER TERMINATING ORDER |
| OGANES TITIZYAN, | ) | OF GARNISHMENT (Interest |
| | ) | in Withheld Money) |
| SSN: XXX-XX-4995 | ) | |
| | ) | |
| Defendant and Judgment Debtor. | ) | |
| _____ | ) | |
| | ) | |
| CALIFORNIA DEPARTMENT OF HEALTH SERVICES, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

On October 17, 2005, this Court issued an Order of Garnishment (Interest in Withheld Money) ordering the Garnishee California Department of Health Services to pay to the Plaintiff United States of America the approximate amount of $72,920.76. Said funds are held by the Garnishee California Department of Health Services for the Defendant and Judgment Debtor Oganes Titizyan ("Judgment Debtor").

/////

As of January 20, 2006 the United States had received no payment from the Garnishee California Department of Health Services.  However, on January 20, 2006 the United States received a payment in the amount of $174,673.16 from Equity Title Company of Los Angeles California on behalf of the Judgment Debtor.  Said payment satisfies in full the outstanding balance owed on the Judgment Debtor's ordered restitution.

The United States therefore has no outstanding debt to enforce and no longer requires a payment from the Garnishee California Department of Health Services in order to satisfy Judgment Debtor's restitution.

ACCORDINGLY, IT IS ORDERED that the Writ of Garnishment is hereby terminated.

DATED: January 26, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDad1/orders.civil/titizyan0438.ord